NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-1148 consolidated with 06-1149

STATE OF LOUISIANA, *EX REL*. CHARLES C. FOTI, JR.,
ATTORNEY GENERAL
VERSUS
JANSSEN PHARMACEUTICA, INC., ET AL.

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NOS. 04-C-3967 & 04-C-3977
HONORABLE DONALD W. HEBERT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*
ELIZABETH A. PICKETT
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and James T. Genovese,
Judges.

MOTION TO DISMISS APPEAL
GRANTED. APPEAL CONVERTED
INTO APPLICATION FOR
SUPERVISORY WRIT.

Patrick C. Morrow
James P.  Ryan
Jeffrey M. Bassett
Post Office Drawer 1787
324 W. Landry
Opelousas, LA 70570
(337) 948-4483
COUNSEL FOR PLAINTIFF/APPELLEE:
    State of Louisiana, ex rel. Charles C. Foti, Jr., Attorney General

**Kenneth W. DeJean**
**417 West University Avenue**
**Lafayette, LA 70502**
**(337) 235-5294**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **State of Louisiana, ex rel. Charles C. Foti, Jr., Attorney General**


**Robert L. Salim**
**1762 Texas Street**
**Natchitoches, LA 71467**
**(318) 352-5999**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **State of Louisiana, ex rel. Charles C. Foti, Jr., Attorney General**


**Kenneth T. Fibich**
**W. Michael Leebron**
**1401 McKinney, Suite 1800**
**Houston, TX 77010**
**(713) 751-0025**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **State of Louisiana, ex rel. Charles C. Foti, Jr., Attorney General**


**Michael W. Perrin**
**K. Camp Bailey**
**Bailey Perrin Bailey, LLP**
**440 Louisiana, Ste. 2100**
**Houston, TX 77002**
**(713) 425-7100**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **State of Louisiana, ex rel. Charles C. Foti, Jr., Attorney General**


**James B. Irwin**
**Monique Garsaud**
**Irwin, Fritchie, Urohart & Moore**
**400 Poydras Street, Suite 2700**
**New Orleans, LA 70130**
**(504) 310-2100**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Janssen Pharmaceutica, Inc.**


**Thomas Champion**
**Drinker, Biddle & Reath, LLP**
**500 Campus Drive**
**Florham Park, NJ 07932-1047**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Janssen Pharmaceutica, Inc.**

**Brian C. Anderson**
**Michael E. Stamp**
**1625 Eye Street, N.W.**
**Washinton, D.C. 20006**
**(202) 383-5300**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Janssen Pharmaceutica, Inc.**


**James Guglielmo**
**Guglielmo, Lopez, Tuttle, Hunter & Jarrell**
**Post Office Drawer 1329**
**306 East North Street**
**Opelousas, LA 70571-1299**
**(337) 948-8201**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Janssen Pharmaceutica, Inc.**

PICKETT, Judge.

The plaintiff, Attorney General of the State of Louisiana, Charles C. Foti, Jr., moves to dismiss the devolutive appeal of the defendant, Janssen Pharmaceutica, Inc., as having been taken from a non-appealable, interlocutory judgment. For the reasons assigned, we grant the motion to dismiss appeal, and we convert the appeal into an application for supervisory writs.

This case arises out of the defendant's manufacturing, marketing and sale of an anti-psychotic drug called Risperdal. The plaintiff filed suit alleging that the prescription Risperdal was not approved by the Food and Drug Administration for pediatric use, although the defendant knowingly marketed and sold the drug for use by children, causing the children severe injury and illness. The plaintiff further alleged that the defendant marketed the drug for off-label adult use, causing injury and illness. The plaintiff averred that the defendant continued engaging in unfair trade practices, under Louisiana law, by promoting the off-label use of Risperdal for pediatric and adult use.

The defendant filed a pleading styled a "Motion to Dismiss and Enjoin" with the trial court, based on an allegedly unenforceable engagement letter between private counsel and the Office of the Attorney General. The defendant moved to dismiss the plaintiff's original petition and first supplemental and amending petition. Further, the defendant moved to enjoin the law firm of Morrow, Morrow, Ryan & Bassett, as well as attorneys Kenneth W. DeJean, Patrick C. Morrow, James P. Ryan, Jeffrey M. Bassett, Robert L. Salim, Kenneth T. Fibich and W. Michael Leebron, from prosecuting this matter on behalf of the Office of the Louisiana Attorney General. The aforementioned attorneys are the private counsel engaged by the Office of the

1

Attorney General to handle litigation regarding the prescriptions Zyprexa and Risperdal.

On July 14, 2006, the trial court denied the defendant's Motion to Dismiss and Enjoin. Notice of the judgment was mailed on July 17, 2006. The defendant timely filed a motion and order for devolutive appeal on July 20, 2006.

The record in this appeal was lodged in this court on September 6, 2006. The instant Motion to Dismiss Appeal was filed October 16, 2006.

The defendant's Motion to Dismiss and Enjoin is focused on dismissing and enjoining the private counsel hired by the plaintiff. This judgment does not decide the merits of this suit. A judgment which does not decide the merits of a case is an interlocutory ruling. La.Code Civ.P. art. 1841. An interlocutory judgment is appealable only when expressly provided by law. La.Code Civ.P. art. 2083. No law expressly provides for an appeal of this judgment. Accordingly, we dismiss appellant's appeal at its cost. La.Code Civ.P. art. 2162.

The instant matter is properly considered under our supervisory jurisdiction. The motion for devolutive appeal was filed within the time delays for seeking supervisory relief. In the interest of justice, we hereby convert this appeal into a writ application for consideration on the merits. The appellant has already filed its appellate brief. The appellee is given until November 13, 2006, by which to file any opposition brief, if desired.

**MOTION TO DISMISS APPEAL GRANTED. APPEAL CONVERTED INTO APPLICATION FOR SUPERVISORY WRIT.**

2